# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE HERNANDEZ-MENDOZA,

    Plaintiff,

vs.

SECOND JUDICIAL DISTRICT COURT,

    Defendant.

Case No. 3:10-cv-00626-LRH-VPC

**ORDER**

    Plaintiff, who is a Nevada inmate, has submitted two documents to the clerk of court, who has opened a file. As best as the Court can discern, plaintiff is attempting to compel the production of his state court criminal proceedings transcripts. The documents he has filed do not establish any legitimate civil action subject to this Court's jurisdiction. The matter shall be dismissed.

    **IT IS THEREFORE ORDERED** that the matter is **DISMISSED**. The Clerk shall close the file.

    DATED this 16th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE